

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                 CRIM. CASE NO. 24-20014
                                 HON. LAURIE J. MICHELSON

STACIE ZIEGLER,

    Defendant.

---

## DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

---

I, STACIE ZIEGLER, the defendant in this case, hereby acknowledge that I have received a copy of the **Information** before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

COUNT ONE:  Theft of Government Funds (18 U.S.C. § 641):
Up to 10 Years of Imprisonment, a Fine Up to $250,000, or both.

                                                                        */s/ Stacie Ziegler*
                                                                        STACIE ZIEGLER
                                                                         Defendant

Dated: 1-24-24

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for the defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pretrial motions to be filed within twenty (20) days of arraignment.

_____
DANIEL DENA
Counsel for Defendant

Dated: 1/24/24