UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      Plaintiff,

v.

      Case No. 24-20014

      Hon. Laurie Michelson

Stacie Ziegler,
AKA Stacie Lehmbeck

      Defendant.
_____/

**STIPULATED ORDER TO EXTEND PRESENTENCE REPORT OBJECTION PERIOD AND SENTENCING BY 30 DAYS**

NOW COMES the above parties, by their respective counsel, and hereby agree and stipulate to extend the presentence report objection period and sentencing by 30 days. The reason for this extension is defense counsel requires an additional opportunity to review the presentencing report with Ms. Ziegler, especially where the unanticipated criminal history points were assessed.

*s/Corinne M. Lambert (w/ consent)*
Corinne M. Lambert
Special Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Corinne.Lambert@usdoj.gov
(313) 226-9129

*s/Daniel S. Dena*
Daniel S. Dena
Attorney for Defendant
613 Abbott Street, Suite 500
Detroit, MI 48226
Daniel_Dena@fd.org
(313) 967-5834

**IT IS SO ORDERED** that the presentence report objection period and sentencing is hereby adjourned 30 days.

**IT IS FURTHER ORDERED** that objections to the presentence report are due by August 8, 2024. Sentencing is rescheduled to August 29, 2024, at 2:00 p.m. Sentencing memoranda due by August 22, 2024.

Dated: June 26, 2024

                                      s/Laurie J. Michelson
                                      LAURIE J. MICHELSON
                                      UNITED STATES DISTRICT JUDGE